November 10, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

SEAN  MICHAEL  WHEELER, Appellant

NO. 14-15-00275-CR                                V.

THE STATE OF TEXAS, Appellee

_____

This cause, an appeal of a judgment in favor of appellee, The State of Texas, signed February 19, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Sean Michael Wheeler.

We further order this decision certified below for observance.